UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES TAYLOR LIMITED,<br><br>                        Plaintiff(s),<br><br>           v.<br><br>HEBEI MIAOHONG METAL PRODUCTS CO. INC., et al.,<br><br>                        Defendant(s). | 23-CV-1466 (DEH)<br><br>NOTICE OF REASSIGNMENT |

DALE E. HO, United States District Judge:

      This case has been reassigned to the undersigned.  All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

      Additionally, by **November 1, 2023,** Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case.  The letter shall address whether this case has settled or otherwise been terminated and whether there have been any communications with the remaining Defendants subsequent to the filing of Plaintiff's motion for default judgment as to those Defendants.

      SO ORDERED.

Dated: October 17, 2023
       New York, New York

                                                            DALE E. HO
                                             United States District Judge