# CARTER LEDYARD MILBURN

**Stephen M. Plotnick**
Partner
plotnick@clm.com

28 Liberty Street
New York, NY 10005
D / 212-238-8772

October 31, 2023

**BY ECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    Charles Taylor Limited v. Hebei Miaohong Metal Products Co. Inc., et al.
             Case No. 23-cv-1466

Dear Judge Ho:

    This firm represents the plaintiff in the above-referenced matter, Charles Taylor Limited ("Plaintiff"). I write pursuant to Your Honor's Order dated October 17, 2023, directing Plaintiff to file on ECF a letter updating the Court on the status of this case. *See* CM/ECF Doc. No. 34.

    Plaintiff filed its motion for default judgment against Defendants Hebei Miaohong Metal Products Co. Inc. and Pamela R. Johnston on August 18, 2023, after having previously filed a notice of voluntary dismissal of all other Defendants. See CM/ECF Doc. Nos. 20, 22, 29-33. For the reasons detailed in paragraph nine of my declaration in support of Plaintiff's motion for default judgment (CM/ECF Doc. No. 30), the notice of voluntary dismissal remains subject to the Court's approval.

    Nothing further has occurred. The case has not settled or otherwise been terminated. There have been no communications with any Defendants subsequent to the filing of Plaintiff's motion for default judgment.

    We thank the Court for its time and attention to this matter. Should Your Honor have any questions or require anything further, please let me know.

    Respectfully submitted,

    /s/ Stephen M. Plotnick

    Stephen M. Plotnick