UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES TAYLOR LIMITED,<br><br>       Plaintiff(s),<br><br>      v.<br><br>HEBEI MIAOHONG METAL PRODUCTS CO., INC., et al.,<br><br>       Defendant(s). | 23-CV-1466 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On July 20, 2023, Plaintiff voluntarily dismissed all Defendants except Heibei Miaohong Metal Products Co., Inc. and Pamela R. Johnston, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Dkt. No. 22. That dismissal will be so ordered by the Court in a separate order. On August 18, 2023, Plaintiff filed a motion for a default judgment against the two remaining Defendants under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* Dkt. No. 29.

It is hereby **ORDERED** that Defendants Heibei Miaohong Metal Products Co. and Johnston shall file any opposition to the motion for default judgment by **November 17, 2023**. Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further **ORDERED** that Defendants appear and show cause before this Court on **December 1, 2023,** at **11:00 A.M. EST**, why an order should not be issued granting a default judgment against Defendants. The conference will be held via Microsoft Teams. The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and entering the Conference ID: 272 310 170, followed by the pound (#) key. In the event that either Defendant appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference with respect to any such appearing Defendant.

It is further ORDERED that Plaintiff shall serve the two remaining Defendants via overnight courier with a copy of this Order and file proof of service on ECF no later than **November 10, 2023.**

Dated: November 7, 2023
   New York, New York

                            _____
                             DALE E. HO
                       United States District Judge